Gerard JOHNSON, Appellant,

v.

STATE of Texas, Appellee.

No. 32626.

Court of Criminal Appeals of Texas

Dec. 14, 1960.

Joel RUCKER, Appellant,

v.

STATE of Texas, Appellee.

No. 32518.

Court of Criminal Appeals of Texas.

Dec. 14, 1960.

C. B. Bunkley, Jr., W. J. Durham, K. F. Holbert, L. A. Bedford, Jr., Fred J. Finch, Jr., Dallas, for appellant.

Charles A. Allen, Crim. Dist. Atty., by Don Rives, Asst. Crim. Dist. Atty., Marshall, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is unlawful assembly to prevent a person from pursuing his labor; the punishment, a fine of $500.

The record is in the same condition as in Briscoe v. State, Tex.Cr.App., 341 S.W.2d 432.

For the reasons there stated, the judgment is reversed and prosecution under the present complaint and information is ordered dismissed.

C. B. Bunkley, Jr., W. J. Durham, K. F. Holbert, L. A. Bedford, Jr., Fred J. Finch, Jr., Dallas, for appellant.

Charles A. Allen, Crim. Dist. Atty., by Don Rives, Asst. Crim. Dist. Atty., Marshall, and Leon B. Douglas, State's Atty., Austin, for the State.

WOODLEY, Judge.

The offense is unlawful assembly to prevent a person from pursuing his labor; the punishment, a fine of $425.

The complaint and information herein are in all material respects the same as the information against Briscoe v. State, Tex.Cr.App., 341 S.W.2d 432. The motion to quash the information and the court's ruling thereon are also the same and require reversal.

The judgment is reversed and the prosecution under the present complaint and information is ordered dismissed.